# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>        Plaintiff,<br><br>   v.<br><br>K. GERSTEL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00680 AWI DLB PC<br><br>ORDER ON PLAINTIFF'S REQUESTS FOR CLARIFICATION<br><br>(Docs. 13, 15)<br><br>ORDER DISREGARDING CONSENT/DECLINE FORM SUBMITTED BY PLAINTIFF<br><br>(Doc. 14)<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Ferdinand Reynolds ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2009 and June 24, 2009, Plaintiff filed letters for clarification of the consent/decline form previously mailed to Plaintiff. The consent/decline form refers to the Honorable Judge Ishii as the Magistrate Judge in this action, and Plaintiff requests clarification.

This action has been assigned to Chief District Judge Anthony Ishii and has been referred to Magistrate Judge Dennis Beck pursuant to 28 U.S.C. 636(b) and Local Rule 72-302. Given Plaintiff's confusion, the Court will disregard the consent/decline form submitted by Plaintiff, and will send to Plaintiff a corrected consent/decline form for completion and return within thirty (30) days of service of this order. (Doc. 14.)

The Clerk of the Court is HEREBY DIRECTED to send to Plaintiff a new consent/decline form.

IT IS SO ORDERED.

    Dated:   **June 29, 2009**               **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE