# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | CASE NO. 1:09-cv-00680 AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| K. GERSTEL, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff Ferdinand Reynolds ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 8, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on June 1, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      The Findings and Recommendations, filed May 8, 2009, is adopted in full; and

3          2.      Plaintiff's motion for injunctive relief, filed May 5, 2009, is denied.

IT IS SO ORDERED.

**Dated:**   **July 29, 2009**                              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE