# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FERDINAND REYNOLDS,                          CASE NO. 1:09-cv-00680 AWI DLB PC

               Plaintiff,

   v.                                              ORDER DIRECTING CLERK OF COURT TO
                                              SEND PLAINTIFF A COPY OF THE DOCKET
K.  GERSTEL, et al.,

               Defendants.

_____/

     Plaintiff Ferdinand Reynolds ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     Plaintiff requested a copy of the docket on December 21, 2009.  The Clerk of the Court is therefore DIRECTED to send a copy of the docket in the instant action to Plaintiff.  Plaintiff is forewarned that further requests by telephone will not be honored.  All future requests must be made in writing.

   IT IS SO ORDERED.

**Dated:    December 21, 2009**              _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE

1