1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  FERDINAND REYNOLDS,                          CASE NO. 1:09-cv-00680-AWI-GBC (PC)

10                              Plaintiff,       FINDINGS AND RECOMMENDATIONS
                                                RECOMMENDING PLAINTIFF'S MOTIONS
11       v.                                      FOR INJUNCTIVE RELIEF BE DENIED
                                                (Docs. 61, 63)
12  K. GERSTEL, et al.,

13                              Defendants.       OBJECTIONS DUE WITHIN THIRTY DAYS

14                                          /

15

16                        **FINDINGS and RECOMMENDATIONS**

17  **I.      Procedural History**

18          Plaintiff Ferdinand Reynolds ("Plaintiff") is a state prisoner proceeding pro se in this civil

19  rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 16, 2009.  (Doc. 1).

20  This action is proceeding on Plaintiff's original complaint filed on April 16, 2009, against Defendant

21  Gerstel for conduct regarding a tooth extraction on August 18, 2008, in violation of the Eighth

22  Amendment.  (Docs. 24, 25, 36).  On August 9, 2011, and August 15, 2011, Plaintiff filed motions

23  for injunctive relief to order various prison officials from engaging in various acts of retaliation as

24  a result of this pending action.  (Docs. 61, 63).

25  **II.     Injunctive Relief**

26          "A preliminary injunction is an extraordinary remedy never awarded as a matter of

27  right."  *Winter v. Natural Resources Defense Council, Inc.*, 129 S.Ct. 365, 376

28  (2008)(citation omitted).  "A plaintiff seeking a preliminary injunction must establish that

1

1  he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence

2  of preliminary relief, that the balance of equities tips in his favor, and that an injunction is

3  in the public interest." *Id*. at 374 (citations omitted).  An injunction may only be awarded

4  upon a clear showing that the plaintiff is entitled to relief.  *Id*. at 376 (citation

5  omitted)(emphasis added).   The Ninth Circuit has made clear that "[T]o the extent that our

6  cases have suggested a lesser standard, they are no longer controlling, or even viable.*"*

7  *McDermott v. Ampersand Pub., LLC*, 593 F.3d 950 (9th Cir. 2010), quoting *Am. Trucking*

8  *Ass'ns, Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009).  The moving party

9  has the burden of proof on each element of the test. *Environmental Council of Sacramento*

10  *v. Slater*, 184 F. Supp. 2d 1016, 1027 (E.D. Cal. 2000).

11      'A federal court may issue an injunction if it has personal jurisdiction over the parties

12  and subject matter jurisdiction over the claim; it may not attempt to determine the rights of

13  persons not before the court.' *Price v. City of Stockton*, 390 F.3d 1105, 1117 (9th Cir. 2004)

14  (quoting *Zepeda v. U.S. INS*, 753 F.2d 719, 727 (9th Cir. 1985).  The claims in this action arise

15  from Plaintiff's tooth extraction and Plaintiff's new retaliation claims do not involve the same

16  individuals or claim, thus the Court does not have jurisdiction to order injunctive relief.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2          Accordingly, it is recommended that Plaintiff's motions for preliminary injunctive relief, filed

3     August 10, 2011 and August 15, 2011, be DENIED, with prejudice, for lack of jurisdiction.

4

5          These Findings and Recommendations will be submitted to the United States District Judge

6     assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**

7     **days** after being served with these Findings and Recommendations, the parties may file written

8     objections with the court.  The document should be captioned "Objections to Magistrate Judge's

9     Findings and Recommendations."  The parties are advised that failure to file objections within the

10    specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d

11    1153 (9th Cir. 1991).

12    IT IS SO ORDERED.

13    Dated:    October 13, 2011

14                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28