UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | CASE NO. 1:09-cv-00680-AWI-GBC (PC) |
| Plaintiff, | **ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN FIFTEEN DAYS** |
| v. | |
| K. GERSTEL, et al., | **ORDER DIRECTING CLERK'S OFFICE TO SEND CONSENT FORM TO DEFENDANTS** |
| Defendants. | |
| / | |

Plaintiff Ferdinand Reynolds ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 16, 2009. (Doc. 1). This action is proceeding on Plaintiff's original complaint filed on April 16, 2009, against Defendant Gerstel for conduct regarding a tooth extraction on August 18, 2008, in violation of the Eighth Amendment. (Docs. 24, 25, 36, 58, 67).

On October 6, 2011, the Court issued a second scheduling order setting the date for trial and order the parties to submit notice regarding consent to Magistrate Judge jurisdiction. Doc. 68; Doc. 69. On October 17, 2011, Plaintiff filed notice of consent to jurisdiction of Magistrate Judge. To date, Defendants have failed to submit a timely response to the Court's order filed on October 6, 2011. Doc. 68; Doc. 69.

///

///

Accordingly, the Court HEREBY ORDERS as follows:

1. The Clerk's Office shall send the parties consent/decline forms;

2. Within **fifteen (15) days** from the date of service of this order, Defendants shall notify the Court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms and returning them to the Court.

IT IS SO ORDERED.

Dated: January 13, 2012

_____
UNITED STATES MAGISTRATE JUDGE