# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | CASE NO. 1:09-cv-00680-AWI-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 70) |
| K. GERSTEL, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF |
| Defendants. | (Docs. 61, 63) |

## I. Factual and Procedural Background

Plaintiff Ferdinand Reynolds ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 16, 2009. Doc. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2011, and August 15, 2011, Plaintiff filed motions for injunctive relief to order various prison officials from engaging in various acts of retaliation as a result of this pending action. Docs. 61, 63. On October 13, 2011, the Magistrate Judge filed a Findings and Recommendations herein which recommended denying Plaintiff's motions for injunctive relief and gave Plaintiff thirty days to file any objections. Doc. 70. The thirty-day period has expired, and Plaintiff has not filed any objections.

///

///

**II. Conclusion and Order**

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. The Court concludes that the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendations filed on October 13, 2011, is adopted in full (Doc. 70); and
2. Plaintiff's motions for preliminary injunctive relief, filed August 10, 2011 and August 15, 2011, are DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   March 27, 2012                                     _____
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE