# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | CASE NO. 1:09-cv-00680-AWI-GBC PC |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | Date:   April 20, 2012 |
| GERSTEL, | Time:  8:30 a.m. |
| Defendant. | Courtroom 2 |

Plaintiff Ferdinand Reynolds ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 16, 2009. (Doc. 1). This action is proceeding on Plaintiff's original complaint filed on April 16, 2009, against Defendant Gerstel for conduct regarding a tooth extraction on August 18, 2008, in violation of the Eighth Amendment. (Docs. 24, 25, 36, 58, 67).   Due to issues raised during the Telephonic Trial Confirmation hearing, which occurred on April 5, 2012, further status conference is in order.

Accordingly, this case is set for a telephonic status conference on Friday, April 20, 2012, at 8:30 a.m. in Courtroom 2 and counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic pretrial conference and to initiate the telephonic hearing at (559) 499-5669.

IT IS SO ORDERED.

Dated:   April 5, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1