# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>                    Plaintiff,<br><br>     v.<br><br>GERSTEL,<br><br>                    Defendant.<br>_____ / | 1:09-CV-0680-AWI GBC PC<br><br>**ORDER REQUIRING DEFENDANT TO NOTIFY COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN SEVEN DAYS**<br><br>**ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORM TO DEFENDNAT** |

Plaintiff Ferdinand Reynolds is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial on May 15, 2012.

On April 5, 2012, the undersigned held a telephonic conference with the parties. The parties were told that the undersigned may have a conflicting trial during this trial's time frame. The parties and the court then discussed the availability of a United States Magistrate Judge to conduct the trial in this action. Plaintiff has already indicated he is willing to consent to Magistrate Judge Jurisdiction.

Both United States Magistrate Judge Jennifer L. Thurston and United States Magistrate Judge Shelia K. Oberto are available to conduct trial in this action on May 15, 2012.[1] A United

---

[1] United States Magistrate Gerald B. Cohn is the Magistrate Judge currently assigned to this action. Normally when parties consent, the Magistrate Judge assigned to the case conducts the trial. However, Magistrate Judge Cohn is not available to begin trial on May 15, 2012

States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73-305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible. Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters. While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

The court shall direct the Clerk of the Court to provide Defendants with consent/decline forms. Within seven (7) days from the date of service of this order, Defendants shall inform the court whether they consent to or decline Magistrate Judge Jurisdiction by filling out the forms and returning them to the court.

Accordingly, the court HEREBY ORDERS as follows:

1. The Clerk of the Court is DIRECTED to send Defendant the form that will allow him to consent to or decline Magistrate Judge Jurisdiction; and

2. Within **seven (7) days** from the date of service of this order, Defendant is ORDERED to notify the court whether he will consent to or declines Magistrate Judge jurisdiction by filling out the enclosed form and returning it to the court.

IT IS SO ORDERED.

Dated:   April 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE