1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **EASTERN DISTRICT OF CALIFORNIA**

7

8 FERDINAND REYNOLDS,                )       **1:09-cv-0680-AWI-GBC-PC**
                                     )
9          **Plaintiff,**             )       **ORDER VACATING MAY 15, 2012**
       **v.**                         )       **TRIAL DATE**
10                                    )
   K. GERSTEL,                       )       **ORDER SETTING TELEPHONIC**
11                                    )       **HEARING, HEARING ON MOTIONS,**
           **Defendant.**             )       **AND BRIEFING SCHEDULE**
12 _____ )

13

14         Plaintiff Ferdinand Reynolds is a state prisoner proceeding pro se and in forma pauperis

15 in this civil rights action pursuant to 42 U.S.C. § 1983. This action was set for jury trial to begin on

16 May 15, 2012.

17         On April 20, 2012, the undersigned held a telephonic conference with the parties.   Because

18 of several motions Plaintiff desires to file and Plaintiff's pending difficulties in accessing the prison

19 law library, the court vacated the May 15, 2012 trial date.   Plaintiff was directed to file any motion

20 for counsel, motion to amend the pretrial order to add exhibits, and any other pretrial motion by May

21 4, 2012.   Defendant was ordered to file a reply by May 18, 2012, and the court set a further hearing

22 on the motions for May 29, 2012 at 3:00 p.m.   During the May 29, 2012 hearing, the court will

23 further discuss Plaintiff's housing status and current access to legal documents, along with other

24 issues concerning a new trial date.

25         Accordingly, the court HEREBY ORDERS as follows:

26         1.      The May 15, 2012 trial date and all related trial dates and order are VACATED;

27         2.      By May 4, 2012, Plaintiff shall file any additional motions concerning trial as

28                                                1

1    discussed at the May 29, 2012 telephonic hearing;

2         3.    By May 18, 2012, Defendant shall file any reply briefs; and

3         4.    A hearing on the pending motions and a telephonic status conference is set for May

4              29, 2012 at 3:00 p.m.   Defendant is requested to arrange for the participation of

5              Plaintiff in the telephonic pretrial conference and to initiate the telephonic hearing to

6              (559) 499-5669.

7    IT IS SO ORDERED.

8    Dated:    April 20, 2012     _____

9                                         CHIEF UNITED STATES DISTRICT JUDGE

2