# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>          Plaintiff,<br><br>vs.<br><br>K. GERTSEL,<br><br>          Defendants.<br>_____/ | 1:09-cv-00680-AWI-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE PRETRIAL ORDER TO INCLUDE CORCORAN STATE PRISON OPERATIONAL PROCEDURE #1072 TO PLAINTIFF'S EXHIBIT "F"<br><br>(Doc. 91) |

On April 26, 2012, Plaintiff filed a motion seeking to amend the pretrial order to add Corcoran State Prison Operational Procedure #1072 ("O.P. #1072") regarding the handling of inmate medical appeals to his exhibit "F." (Doc. 91.) Plaintiff states that this document was inadvertently left out when he presented his pre-trial exhibits. (Id.) Plaintiff attached a copy of O.P. #1072 to his motion. (Id.) Defendant opposed this motion arguing that use of O.P. #1072 will cause undue delay and that it is not relevant since this case is proceeding under Plaintiff's claim that Dr. Gertsel was deliberately indifferent to his serious medical needs in violation of the Eight Amendment. (Doc. 95.)

O.P. #1072 is added to Plaintiff's list of exhibits in the pretrial order based on Plaintiff's reasonable mistake. To the extent Defendant objects to this addition on relevance grounds, such an objection is properly raised in a motion in limine since allowing an exhibit to be added to the pretrial statement does not necessarily make it admissible.

/ / /

1  For the foregoing reasons, Plaintiff's motion to amend the pretrial order to include
2  Corcoran State Prison Operational Procedure #1072 to Plaintiff's Exhibit "F," filed April 26,
3  2012 (Doc. 91), is HEREBY GRANTED.
4  IT IS SO ORDERED.

Dated:   May 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE