1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   FERDINAND REYNOLDS,                     CASE NO. 1:09-cv-00680-AWI-GBC (PC)

10                    Plaintiff,            ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
11          v.                             (Doc. 86)

12   K. GERSTEL, et al.,                    ORDER DENYING PLAINTIFF'S MOTION
                                           FOR INJUNCTIVE RELIEF
13                    Defendants.           (Doc. 80)

14                                    /

15   **I.      Factual and Procedural Background**
16
17          Plaintiff Ferdinand Reynolds ("Plaintiff") is a state prisoner proceeding pro se in this civil

rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 16, 2009.  Doc. 1.  The
18
matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and
19
Local Rule 302.
20
            On February 29, 2012, Plaintiff filed a motion seeking the issuance of a temporary restraining
21
order and/or a preliminary injunction requiring an attorney to send Plaintiff legal stationary supplies.
22
Doc. 80.  On April 10, 2012, the Magistrate Judge filed a Findings and Recommendations herein
23
which recommended denying Plaintiff's motion for injunctive relief and gave Plaintiff fifteen days
24
to file any objections.  Doc. 86.  On April 20, 2012, Plaintiff filed objections to the Findings and
25
Recommendations.  Doc. 89.
26
///
27
///
28

1

**II.     Conclusion and Order**

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case and has reviewed Plaintiff's objections.  The Court concludes that the Findings and Recommendations are supported by the record and by proper analysis.  Accordingly, the Court HEREBY ORDERS:

1.     The Findings and Recommendations filed on April 10, 2012, is adopted in full (Doc. 86); and

2.     Plaintiff's motion for injunctive relief, filed February 29, 2012, (Doc. 80), is DENIED, with prejudice, for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   __August 3, 2012__                    _____

                                        CHIEF UNITED STATES DISTRICT JUDGE