# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | CASE NO. 1:09-cv-00680-AWI-SAB (PC) |
| Plaintiff, | **ORDER ADDRESSING PLAINTIFF'S DECLARATIONS** |
| v. | (ECF Nos. 101, 102) |
| K. GERSTEL, | |
| Defendant. | |

Plaintiff Ferdinand Reynolds is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2012, Plaintiff filed two declarations asserting that prison officials are keeping him confined in disciplinary detention due to his filing this law suit and alleging that defense counsel and prison officials have misled the court.

The federal court's jurisdiction is limited in nature and its power to issue equitable orders may not go beyond what is necessary to correct the underlying constitutional violations which form the actual case or controversy. 18 U.S.C. § 3626(a)(1)(A); Summers v. Earth Island Institute, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998); City of Los Angeles v. Lyons, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

This action is proceeding on Plaintiff's claims regarding dental treatment provided to Plaintiff by Defendant Gerstel on August 18, 2008, while Plaintiff was incarcerated at Corcoran State Prison. Plaintiff has been advised in the prior orders denying his motions for injunctive relief that he may only obtain equitable relief that relates to this action. (*See* ECF Nos. 8, 70, 86.) Plaintiff's

claims regarding his conditions of confinement at Lancaster State Prison ("LSP") are not properly before this court.

Further, Plaintiff's disagreement with the declarations of prison officials or statements of defense counsel in this action are not sufficient to show that any individual has engaged in misconduct. Accordingly,

The declarations filed July 12, 2012, are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: **February 8, 2013**          /s/ **Stanley A. Boone**
                                     UNITED STATES MAGISTRATE JUDGE