# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>            Plaintiff,<br><br>    v.<br><br>K. GERSTEL,<br><br>            Defendant. | Case No.  1:09-cv-00680-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY THE PROCEEDINGS<br><br>(ECF No. 141) |

Plaintiff Ferdinand Reynolds ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint, filed April 16, 2009, against Defendant K. Gerstel on the issue of whether he is liable for deliberate indifference in his care and treatment regarding extraction of Plaintiff's tooth, in violation of the Eighth Amendment.  On August 9, 2013, Plaintiff filed a motion requesting to stay the proceedings until a ruling on Plaintiff's petition for mandamus in the Ninth Circuit.  (ECF No. 141.)

Petitions for mandamus do not divest the district court of jurisdiction.  Woodson v. Surgitek, Inc., 57 F.3d 1406, 1416 (9th Cir. 1995).  Mandamus petitions request an extraordinary remedy that is only appropriate in exceptional circumstances.  Id.  Moreover, because such requests are only granted in exceptional circumstances, the Federal Rules of Civil Procedure do not provide for an automatic stay of district court proceedings while a petition for writ of

mandamus is pending. Id.  If the district court or the court of appeals finds it appropriate to stay proceedings while a petition for mandamus relief is pending, such a stay may be granted in the court's discretion.  Id.

A stay in the proceedings is inappropriate in this case "where the relief sought appears to be hopeless and is being pursued solely to delay these proceedings." Louen v. Twendt, No. CV-F-04-6556 OWW SMS, 2006 WL 2320564 at *3 (E.D. Cal. Aug. 10, 2006).  I find that the mandamus proceeding filed in the circuit court does not justify a stay of this case.  Any error for which any party claims that this Court committed can be appropriately addressed after a final judgement is entered. I exercise my discretion and find that staying these proceedings is inappropriate. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion for a stay of the proceedings is DENIED.

IT IS SO ORDERED.

Dated:   **August 14, 2013**

UNITED STATES MAGISTRATE JUDGE