# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>        Plaintiff,<br><br>   v.<br><br>K. GERSTEL,<br><br>        Defendant. | Case No. 1:09-cv-00680-SAB (PC)<br><br>ORDER ADDRESSING PLAINTIFF'S REQUEST TO WEAR STREET CLOTHING AT TRIAL |

      Plaintiff Ferdinand Reynolds ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed April 16, 2009, against Defendant K. Gerstel on the issue of whether he is liable for deliberate indifference in his care and treatment regarding extraction of Plaintiff's tooth, in violation of the Eighth Amendment. This matter is set for jury trial on September 17, 2013 before the undersigned.

      A telephonic motion in limine hearing occurred on September 6, 2013. During the hearing, Plaintiff requested that he be permitted to wear street clothing for the trial of this matter. The Court does not have civilian clothing available for issuance and there is no provision in the in forma pauperis statute for the purchase of clothing. 28 U.S.C. § 1915; Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (citing United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)). To the extent that the prison has street clothing available, the Court shall GRANT

Plaintiff's request. However, the Court notes that this order does not require the prison to obtain street clothing for Plaintiff to wear at trial.

In the Court's experience, the California Department of Corrections and Rehabilitation transports prisoners in cloth jumpsuits, but, taking into consideration safety and security issues, they may wear their state-issued clothing in the courtroom as is appropriate. Therefore, should street clothing not be available for Plaintiff to wear to court, the Court **REQUESTS** that Plaintiff's state-issued chambray or denim clothing be transported with Plaintiff. Absent the presentation of safety or security issues on the morning of trial, Plaintiff may wear the street clothing provided by the prison or his state issued clothing in the courtroom.

The Clerk's Office is **DIRECTED** to serve a courtesy copy of this order on the Litigation Office at California State Prison Los Angeles County.

IT IS SO ORDERED.

Dated:   **September 9, 2013**

UNITED STATES MAGISTRATE JUDGE