FILED
SEP. 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>            Plaintiff,<br><br>v.<br><br>K. GERSTEL,<br><br>            Defendant. | Case No. 1:09-cv-00680-SAB (PC)<br><br>ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on September 17, 2013, and is now concluded. Accordingly, Plaintiff Ferdinand Reynolds, C.D.C.R. Inmate No. D-11772, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: September 18, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1