

**FILED**

SEP 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FERDINAND REYNOLDS,

        Plaintiff,

vs.

K. GERSTEL,

        Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-09-00680-SAB (PC)

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT K. GERSTEL and against PLAINTIFF FERDINAND REYNOLDS.

DATED:  September 18, 2013

                                  MARIANNE MATHERLY, Clerk

                              By: _____
                                     Deputy Clerk