# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>K. GERSTEL,<br><br>    Defendant. | Case No. 1:09-cv-00680-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUESTS TO HAVE FILING FEES WAIVED<br><br>[ECF Nos. 181, 182] |

On September 18, 2013, after a jury trial in this action, judgment was entered in favor of Defendants.

Now almost five years later, on April 19, 2019, and May 2, 2019, Plaintiff filed requests to have the filing fees waived in the interest of justice. (ECF Nos. 181, 182.) Plaintiff's requests must be denied because he is obligated to continue to pay the entire filing fee for this action "in increments." Williams v. Paramo, 775 F.3d 1182, 1185 (9th Cir. 2015); see also 28 U.S.C. 1915(b)((1) & (2); Taylor v. Delatoore, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee."). Indeed, the PLRA was enacted to curb the large increase in filings by prisoners and does not authorize the refund or "waiver" of any portion of the filing fee. See, e.g., Johnson v. Darr, No. 3:10-CV-2334-WQH-POR, 2018 WL 5246597, at *2 (S.D. Cal. Oct. 22, 2018); Adams v. Maricopa Cty. Sheriff's Office, No. CV 10-1558-PHX-RCB (ECV), 2010 WL 4269528, at *1-2 (D. Ariz. Oct.

1

25, 2010).  Accordingly, Plaintiff's requests to be excused from paying the remainder of the filing fee (ECF Nos. 181 and 182) are DENIED.

IT IS SO ORDERED.

Dated:  **July 16, 2019**

_____
UNITED STATES MAGISTRATE JUDGE